UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOAQUIN HERNANDEZ-AYALA,<br><br>Petitioner,<br>v.<br><br>ROBERT LEGRAND, *et al.*,<br><br>Respondents. | Case No. 3:13-cv-00134-MMD-WGC<br><br>ORDER |

Petitioner having filed an unopposed motion for an extension of time (first request) (ECF No. 42), and good cause appearing, it is therefore ordered that petitioner's unopposed motion for an extension of time (first request) (ECF No. 42) is granted. Petitioner shall have through February 3, 2017, to file and serve a response to the motion to dismiss (ECF No. 41).

DATED THIS 6th day of December 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE