UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOAQUIN HERNANDEZ-AYALA,<br><br>Petitioner,<br>v.<br><br>ROBERT LEGRAND, *et al.*,<br><br>Respondents. | Case No. 3:13-cv-00134-MMD-WGC<br><br>ORDER |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 49), and good cause appearing, it is therefore ordered that respondents' unopposed motion for enlargement of time (first request) (ECF No. 49) is granted. Respondents will have through April 18, 2018, to file and serve an answer.

DATED THIS 20th day of March 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE