# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOAQUIN HERNANDEZ-AYALA, | Case No. 3:13-cv-00134-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| ROBERT LEGRAND, *et al.*, | |
| Respondents. | |

Petitioner filed an unopposed motion for enlargement of time (first request) on June 4, 2018. (ECF No. 52.) It is therefore ordered that Petitioner's unopposed motion for enlargement of time (first request) (ECF No. 52) is granted. Petitioner will have through September 4, 2018, to file and serve a reply to the answer (ECF No. 51).

DATED THIS 15th day of June 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE