# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOAQUIN HERNANDEZ AYALA,<br><br>Petitioner,<br>v.<br>ROBERT LEGRAND, *et al.*,<br>Respondents. | Case No. 3:13-cv-00134-MMD-WGC<br><br>ORDER |

Good cause appearing, Petitioner's unopposed motion for enlargement of time (second request) (ECF No. 54) is granted. Petitioner will have through November 5, 2018, to file and serve a reply to the answer (ECF No. 51).

DATED THIS 5th day of September 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE